**Order entered September 29, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00704-CV

### LORY K. WILSON, ET AL., Appellants

### V.

### CAPITAL PARTNERS FINANCIAL GROUP USA, INC., ET AL., Appellees

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-09275**

### ORDER

Before the Court is the September 25, 2020 unopposed second motion of appellant Lory K. Wilson for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **October 9, 2020**.

/s/    BILL WHITEHILL
        JUSTICE